IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DISTRICT

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

      v.          Civil No.    3:08-CV-03032-JLH
              Criminal No.  3:04-CR-30009-JLH

CLIFFORD LEE GRAYSON, JR.                                   DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Butner Federal Correctional Complex in Butner, North Carolina, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (Doc. 46). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 1st day of July 2008.

                                      /s/ J. Marschewski
                                      Hon. James R. Marschewski
                                      United State Magistrate Judge